AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

Richard M Donnally,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05CV02049 RMU

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Richard M Donnally,
P.O. Box 1607,
Marysville, WA 98270,
360-653-0205

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

NOV 10 2005

Court Clerk                                Date

by _Jackie Frances_
Deputy Clerk

Page 1

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0004 9984 2954

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____          12/7/2005
Richard M Donnally                        Date

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do
USPS - Track & Confirm

12/7/2005
Page 1 of 1

## UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0004 9984 2954
Status: Delivered

Your item was delivered at 4:58 am on November 30, 2005 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

Track & Confirm
Enter Label/Receipt Number:

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555-4th Street N.W.
Washington DC, 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)       ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0004 9984 2954

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Columbia__

Richard M Donnally,

v.

United States

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05CV02049

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Richard M Donnally,
P.O. Box 1607,
Marysville, WA 98270,
360-653-0205

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

Court Clerk

by *Jackie Franes*
Deputy Clerk

NOV 10 2005

Date

Page 1

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0004 9984 2961

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5⁴

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____        12/7/2005
Richard M Donnally                   Date

USPS - Track & Confirm

Page 1 of 1



Home | Help

TRACK & CONFIRM

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0004 9984 2961
Status: Delivered

Your item was delivered at 4:58 am on November 30, 2005 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number

Additional Details >    Return to USPS.com Home >

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go >

 POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ 2005    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0004 9984 2961

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540