IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD M. DONNALLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2049 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS

Under Fed.R.Civ.P. 12(b), the United States moves this Court to dismiss plaintiff's complaint, and for any further relief as this Court deems just and proper. As grounds for this motion, the United States submits that plaintiff failed to properly serve the United States.

A brief in support of this motion and a proposed order are submitted.

Date: January 30, 2006.

                                                      Respectfully submitted,

                                                      /s/ Pat S. Genis
                                                     PAT S. GENIS, #446244
                                                     Trial Attorney, Tax Division
                                                     U.S. Department of Justice
                                                     Post Office Box 227
                                                     Washington, D.C.  20044
                                                     Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1524245.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Civil No. 05-2049 (RMU) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

This is a civil action in which plaintiff alleges that, beginning with tax year 1997, the Internal Revenue Service (IRS) disregarded various provisions of the Internal Revenue Code.

**STATEMENT**

Plaintiff, Richard M. Donnally, filed this complaint on November 10, 2005. The complaint alleges that "in connection with the collection of Federal tax beginning with 'tax year' 1997", the IRS "disregarded and continue [sic] to disregard provisions" of the Internal Revenue Code. (Compl. ¶1.)1/  On December 14, 2005, plaintiff filed returns of

---

1/ Attached is a notice of related cases that, except for the name of the plaintiff, is identical or nearly identical to the complaint filed by plaintiff.

service showing that plaintiff himself served the United States Attorney General and the United States Attorney for the District of Columbia by certified mail.2/

**ARGUMENT**

This case must be dismissed because plaintiff has not effected proper service on the United States.

Under Fed.R.Civ.P. 4(c)(2), service of a summons and complaint "may be effected by any person who is not a party." Under Fed.R.Civ.P. 4(i), the United States must be served by: (1) delivering a copy of the summons and complaint to the United States attorney for the district in which the action is brought, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney; and (2) by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, DC; and (3) by sending a copy of the summons and complaint by registered or certified mail to the officer, employee and/or agency of the United States being sued. Fed.R.Civ.P. 4(i); Relf v. Gasch, 511 F.2d 804 (D.C. Cir. 1975); Hodge v. Rostker, 501 F.Supp. 332, 332 (D.D.C. 1980).

Failure to properly serve the United States, its agencies and employees, deprives the Court of personal jurisdiction, leaving the Court with no power to compel an answer or response. Rabiolo v. Weinstein, 357 F. 2d 167, 168 (7th Cir. 1966); see also

---

2/ Plaintiff's returns of service are reflected on the docket sheet in this case. A copy of the returns is attached to this motion for the Court's convenience.

- 3 -

1524245.1

Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 715 n.6 (1982) (Powell, J. concurring).  A jurisdictional defect of this sort is fatal to maintenance of an action.  Bland v. Britt, 271 F. 2d 193 (4th Cir. 1959).  Accordingly, courts routinely dismiss actions when service is improper.  See Light v. Wolf, 816 F. 2d 746, 750 (D.C. Cir. 1987).  Once a defendant challenges the sufficiency of service of process, the party alleging adequate service of process has the burden of proving that such service was proper.  See Myers v. American Dental Ass'n, 695 F. 2d 716, 725 n.10 (3d Cir. 1982); Familia De Boom v. Arosa Mercantil, S.A., 629 F. 2d 1134, 1139 (5th Cir. 1980).

    In this case, plaintiff signed the returns of service indicating that he, himself, served the summons on the United States Attorney General and the United States Attorney for the District of Columbia by certified mail.  Plaintiff is, of course, a party to this action, and thus cannot properly serve the summons.  Accordingly, plaintiff has failed to properly serve the United States, and his complaint must be dismissed.

## CONCLUSION

Because plaintiff has failed to properly serve the United States, his complaint should be dismissed.

Date: January 30, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2049 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Richard M. Donnally
7610 Hermosa Beach Road
Tulalip, WA 98271

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2049 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM and proposed ORDER were served upon the following person on January 30, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Richard M. Donnally
>7610 Hermosa Beach Road
>Tulalip, WA 98271

>   /s/ Pat S. Genis
>PAT S. GENIS, #446244

2

1524245.1