IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2049 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:    January 30, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS #446244
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the Notice of Related Cases was made on January 30, 2006, by mailing, postage prepaid, addressed to:

Richard M. Donnally
P.O. Box 1607
Marysville, WA 98270

/s/ Pat S. Genis
PAT S. GENIS   #446244

| CMN | Caption/Name | S | U | DJ Docu | Recvd Date | Close Date | Sect Co | Case # | Attorney |
|---|---|---|---|---|---|---|---|---|---|
| 2006101528 | Armbruster, Edward J., III | A | DCD | 5-16-3960 | 01/10/2006 | | CTE | DC 1:05CV02375 | |
| 2006101529 | Bean, Jeffrey | A | DCD | 5-16-3961 | 01/10/2006 | | CTE | DC 1:05CV02145 | |
| 2006101530 | Bennett, Hamlet C. | A | DCD | 5-16-3962 | 01/10/2006 | | CTE | DC 1:05CV02297 | |
| 2006100089 | Brandt, Matthew | A | DCD | 5-16-3935 | 10/07/2005 | | CTE | DC 1:05-CV-01613-E | Scurry-Genis, Lessie M |
| 2006100917 | Broward, Paul | A | DCD | 5-16-3950 | 11/29/2005 | | CTE | DC 1:05-CV-01774 H | Vozne, Jennifer L. |
| 2006100865 | Burton, John | A | DCD | 5-16-3948 | 11/25/2005 | | CTE | DC 1:05-CV-02121 R | Scurry-Genis, Lessie M |
| 2005106421 | Cooper, Carol | A | DCD | 5-16-3932 | 09/21/2005 | | CTE | DC 1:05CV01192 | Scurry-Genis, Lessie M |
| 2006101767 | Davenport, Stacy N. | A | DCD | 5-16-3983 | 01/19/2006 | | CTE | DC 1:05CV02488 | |
| 2006101531 | Davis, Carl Roger | A | DCD | 5-16-3963 | 01/10/2006 | | CTE | DC 1:05CV02474 | |
| 2006101024 | Donnally, Richard M. | A | DCD | 5-16-3954 | 12/06/2005 | | CTE | DC 1:05CV02049 | Scurry-Genis, Lessie M |
| 2005104138 | Erwin, Ricky A. | A | DCD | 5-16-3911 | 04/27/2005 | | CTE | DC 1:05CV00415 | Scurry-Genis, Lessie M |
| 2006101533 | Gaines, Joseph A. | A | DCD | 5-16-3964 | 01/10/2006 | | CTE | DC 1:05CV02326 | |
| 2006100707 | Garvin, Lee F. | A | DCD | 5-16-3943 | 11/17/2005 | | CTE | DC 1:05CV01775 RE | Vozne, Jennifer L. |
| 2006100706 | Gross, Brent | A | DCD | 5-16-3942 | 11/17/2005 | | CTE | DC 1:05-CV 01818 ( | Vozne, Jennifer L. |
| 2005104856 | Harris, Donald | A | DCD | 5-16-3919 | 06/15/2005 | | CTE | DC 1:05CV0956 | Scurry-Genis, Lessie M |
| 2006101534 | Haydel, Kevin | A | DCD | 5-16-3965 | 01/10/2006 | | CTE | DC 1:05CV02405 | |
| 2006101535 | Heath, Kenneth G. | A | DCD | 5-16-3966 | 01/10/2006 | | CTE | DC 1:05CV02331 | |
| 2006100976 | Henry, William, Jr. | A | DCD | 5-16-3951 | 12/02/2005 | | CTE | DC 1:05-CV-02084 (I | Scurry-Genis, Lessie M |
| 2006100204 | Holt, Ronald L. | R | DCD | 5-16-3939 | 10/14/2005 | | CTE | DC 1:05CV01692 | Vozne, Jennifer L. |
| 2006100191 | Holyoak, Grant | A | DCD | 5-16-3938 | 10/13/2005 | | CTE | DC 1:05 CV 01829 | Scurry-Genis, Lessie M |
| 2005106017 | Koerner, LaVern | A | DCD | 5-16-3927 | 08/25/2005 | | CTE | DC 1:05CV01600 | Scurry-Genis, Lessie M |
| 2006100861 | Kramer, William M. | A | DCD | 5-16-3946 | 11/25/2005 | | CTE | DC 1:05-CV-01659-F | Vozne, Jennifer L. |
| 2005106527 | Lindsey, Stephen J. | A | DCD | 5-16-3933 | 09/28/2005 | | CTE | DC 1:05-CV-01761-F | Vozne, Jennifer L. |
| 2006100708 | Lohmann, Wallace | A | DCD | 5-16-3944 | 11/17/2005 | | CTE | DC 05-1976 HHK | Scurry-Genis, Lessie M |
| 2006100977 | Luscher, Rudolph | A | DCD | 5-16-3952 | 12/02/2005 | | CTE | DC 1:05-CV-1987 (R | Vozne, Jennifer L. |
| 2006101536 | Martens, Gregory | A | DCD | 5-16-3967 | 01/10/2006 | | CTE | DC 1:05CV 01805 RI | |
| 2006101768 | Martin, Maurita | A | DCD | 5-16-3984 | 01/19/2006 | | CTE | DC 1:05CV02506 | |
| 2006101537 | Masterson, William R. | A | DCD | 5-16-3968 | 01/10/2006 | | CTE | DC 1:05CV-01807 JL | |
| 2006101540 | Metsker, Richard | A | DCD | 5-16-3969 | 01/10/2006 | | CTE | DC 1:05CV-02457 | |
| 2006101729 | Nye, Verda | A | DCD | 5-16-3982 | 01/18/2006 | | CTE | DC 1:05CV02486 | |
| 2006101541 | O'Connor, James | A | DCD | 5-16-3970 | 01/10/2006 | | CTE | DC 1:05CV02075 | |
| 2006101542 | Otto, Laurence | A | DCD | 5-16-3971 | 01/10/2006 | | CTE | DC 1:05CV02319 | |
| 2006100862 | Petersheim, Amelia | A | DCD | 5-16-3947 | 11/25/2005 | | CTE | DC 1:05-CV-01815-F | Scurry-Genis, Lessie M |
| 2006101543 | Pragovich, George | A | DCD | 5-16-3972 | 01/10/2006 | | CTE | DC 1:05CV02222 | |
| 2005106021 | Radcliffe, Charles | A | DCD | 5-16-3928 | 08/25/2005 | | CTE | DC 1:05CV01624 | Scurry-Genis, Lessie M |
| 2006101545 | Romashko, Ronald N. | A | DCD | 5-16-3973 | 01/10/2006 | | CTE | DC 1:05CV02209 | |
| 2006101546 | Rose, Dennis | A | DCD | 5-16-3974 | 01/10/2006 | | CTE | DC 1:05CV01896 | |
| 2005106272 | Schafrath, Lawrence | A | DCD | 5-16-3929 | 09/12/2005 | | CTE | DC 1:05-CV-01656 G | Scurry-Genis, Lessie M |
| 2006100978 | Scott, Robert | A | DCD | 5-16-3953 | 12/02/2005 | | CTE | DC 1:05-CV-02043 E | Vozne, Jennifer L. |
| 2006100703 | Shoemaker, Sandra | A | DCD | 5-16-3941 | 11/17/2005 | | CTE | DC 1:05CV01736 | Vozne, Jennifer L. |
| 2006101548 | Smith, Daniel T. | A | DCD | 5-16-3975 | 01/10/2006 | | CTE | DC 1:05CV02069 | |
| 2006101549 | Stinecipher, David | A | DCD | 5-16-3976 | 01/10/2006 | | CTE | DC 1:05CV02434 | |
| 2006100709 | Travis, Bruce R. | A | DCD | 5-16-3945 | 11/17/2005 | | CTE | DC 1:05-CV-01867-F | Scurry-Genis, Lessie M |
| 2005106343 | Turner, Daniel E. | A | DCD | 5-16-3930 | 09/15/2005 | | CTE | DC 1:05CV01716 | Zarin, Jason S. |
| 2006101550 | Whitfield, Gregg | A | DCD | 5-16-3977 | 01/10/2006 | | CTE | DC 1:05CV01961 | |

Total Records: 45   Unique CMN Count: 45   Unique DJ # Count: 45