Richard M Donnally
P.O. Box 1507
Marysville, WA 98270

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Richard M Donnally

        Plaintiff(s),        Case No. 1:05-cv-02049 RMU

v.

United States

        Defendant.

### RESPONSE TO UNITED STATES' NOTICE OF RELATED CASES

Plaintiff(s) responds to the United States' Notice of Related Cases. The record shows that plaintiff(s) have no related cases in this Court or any other United States court. Plaintiff(s) have/has no knowledge of the cases listed in defendant's Notice of Related Cases. Plaintiff(s) have/has not been served copies of the listed cases, nor have/has plaintiff(s) read the listed cases. Plaintiff(s) have/has no knowledge as to who plaintiff(s) are in the listed cases. To the extent that the listed cases allege facts similar to the facts alleged in plaintiff(s)' complaint the listed cases are sufficient to establish a pattern of unlawful activity on the part of the IRS.

Wherefore, plaintiff(s) request(s) the court to regard defendants' notice as an admission of a pattern of unlawful activity, in violation of 18 U.S.C. §1964(a) - racketeering,

by the IRS and take judicial notice that others are also complaining that the IRS is engaging in similar pattern of unlawful activity.

Dated February 6, 2006

Richard M Donnally

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants' Counsel at his address of record.

Dated February 6, 2006

Richard M Donnally