IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2049 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE REPLY OUT OF TIME**

DEFENDANT, the United States, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(2) for leave to file its reply out of time. In support of this motion the United States states as follows.

1. On January 30, 2006, the United States filed a motion to dismiss plaintiff's amended complaint.

2. On February 10, 2006, plaintiff filed an objection to the motion to dismiss.

3. Under Local Rule 7, the United States' reply to the opposition to its motion was due on February 17, 2006.

4. Plaintiff's action is one of nearly 60 with identical or virtually identical allegations, a deluge which has burdened the United States ability to properly and timely respond.

5. In addition to the virtually identical complaints, the *pro se* plaintiffs have filed virtually identical subsequent pleadings such as amended complaints, requests to enter default, and, as here, oppositions and motions for sanctions and referral.

6. In this instance counsel for the United States was required to respond to several identical oppositions. In other cases, the United States' reply was timely filed; but in reviewing the docket sheet in this case, counsel realizes that the reply in this matter was inadvertently not filed.

529.1

      7.      Counsel for the United States, therefore, moves this Court for an order allowing the attached United States' reply to be filed out of time.

DATE: March 2, 2006.

                                              Respectfully submitted,

                                              /s/ Pat Genis
                                              PAT S. GENIS, #446244
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD M. DONNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2049 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY OUT OF TIME, and a proposed ORDER were served upon plaintiff on March 2, 2006, by depositing copies in the United States mail, postage prepaid, addressed as follows:

Richard M. Donnally
10 Hermosa Beach Road
Tulalip, WA 98271


　　　　　　　　　　　　　　　　　　　　/s/ Pat Genis
　　　　　　　　　　　　　　　　　　　　PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD M. DONNALLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2049 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

Having considered the United States' motion for leave to file reply ut of time, any opposition thereto, and the entire record in this matter, it is

ORDERED that defendant's reply be filed; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE


COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Richard M. Donnally
10 Hermosa Beach Road
Tulalip, WA 98271