IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD M. DONNALLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2049 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' REPLY

Plaintiff argues that Rule 4(c)(2) applies to personal service by delivery only; and therefore, his service of the United States Attorney and the United States Attorney General was proper under Fed.R.Civ.P. 4(i)(1)(B). The United States disagrees.

Plaintiff admits that he attempted service of initial process under Fed.R.Civ.P. 4(c)(2). As the United States asserts in its motion to dismiss, such service must be made by a "person who is not a party." See, e.g., Bax v. Executive Office for U.S. Attorneys, 216 F.R.D. 4 (D.D.C. 2003). Because plaintiff, who is a party, attempted service on his

own behalf, he has not properly served the United States, and the Court should grant the United States' motion to dismiss his amended complaint.

Date: March 2, 2006.

                                    Respectfully submitted,

                                      /s/ Pat S. Genis
                                    PAT S. GENIS, #446244
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    Post Office Box 227
                                    Washington, D.C.  20044
                                    Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY was served upon the following person on March 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Richard M. Donnally
> 7610 Hermosa Beach Road
> Tulalip, WA 98271

> _____/s/ Pat S. Genis_____
> PAT S. GENIS, #446244